JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| RONALD BRATTON, | No. CV 20-08595-MWF (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| RON DAVIS et al., | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition with Prejudice and Denying Certificate of Appealability,

IT IS HEREBY ADJUDGED that that the Petition is denied and this action is dismissed with prejudice.

Date: September 22, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge